Joshua D. Cools (Nevada Bar #11941)
Alexandria Layton (Nevada Bar #14228)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: jcools@swlaw.com
Email: alayton@swlaw.com

*Attorneys for Defendant
Acumed, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE BELTRAN,<br><br>           Plaintiff,<br><br>vs.<br><br>ACUMED, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>           Defendants. | Case No.: 2:18-cv-00990-JAD-PAL<br>Judge Jennifer A. Dorsey<br>Magistrate Peggy A. Leen<br><br>**STIPULATION TO EXTEND DEADLINE FOR ACUMED, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff JESSE BELTRAN and Defendant ACUMED, LLC hereby stipulate to extend the deadline for Acumed to respond to Plaintiff's Complaint up through and including June 11, 2018.

DATED this 5th day of June, 2018

By: ___*/s/ Steven L. Day*___
    Steven L. Day, Esq.
    Nevada Bar No. 3708
    **DAY & NANCE**
    1060 Wigwam Parkway
    Henderson, NV 89074
    *Attorneys for Plaintiff*

By: ___*/s/ Joshua D. Cools*___
    Joshua D. Cools
    Nevada Bar No. 11941
    **SNELL & WILMER L.L.P.**
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendant
    Acumed, LLC*

4813-1891-9783.1

**IT IS SO ORDERED** that the Stipulation to Extend (ECF No. 3) is **GRANTED.**

DATED this 6th day of June, 2018.

_____
U.S. MAGISTRATE JUDGE

Prepared and Submitted by:

**SNELL & WILMER L.L.P.**

By: */s/ Joshua D. Cools*
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant*
*Acumed, LLC*

- 2 -

4813-1891-9783.1

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION TO EXTEND DEADLINE FOR ACUMED, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** by method indicated below and addressed to the following:

☐ **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below and/or included on the Court's Service List for the above-referenced case.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below:

Steven L. Day, Esq.
Nevada Bar No. 3708
**DAY & NANCE**
1060 Wigwam Parkway
Henderson, NV 89074
702-309-3333 – Phone
702-309-1085 – Fax
sday@daynance.com
*Attorneys for Plaintiff*

DATED this 5th day of June, 2018

*/s/ Julia M. Diaz*
An employee of SNELL & WILMER L.L.P.

- 3 -

4813-1891-9783.1